IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:08-HC-2032-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL PARDEE, ) | |
| ) | |
| Respondent. ) | |

This case comes before the court on the government's unopposed motion (D.E. 22) for an extension of the 29 April 2011 deadline for the government's initial disclosures until 29 May 2011, as established in the Scheduling Order (D.E. 15; *see also* Notice at D.E. 16). The motion is supported by a memorandum (D.E. 23). The court finds that the government has made an adequate showing of good cause for the extension. *See* Fed. R. Civ. P. 16(b)(4). The motion is therefore GRANTED. The government's initial disclosures shall be served no later than 29 May 2011.

SO ORDERED, this 27th day of April 2011.

James E. Gates
United States Magistrate Judge