UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:08-HC-2032-FL-JG |
| | ) | |
| MICHAEL PARDEE, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration after the court held a bench trial.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court finds by clear and convincing evidence that Respondent Pardee is a sexually dangerous person under the Adam Walsh Act and that he be committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4248.

**This Judgment Filed and Entered on April 27, 2012, with service on:**

G. Norman Acker, III, Michael D. Brendenberg, R.A. Renfer, Jr., Michael James, Joseph L. Ross, Seth Morgan Wood, Sonya M. Allen, and Halerie F. Mahan
(via CM/ECF Notice of Electronic Filing)
Record Center, FCI Butner Medium, P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)

April 27, 2012  JULIE A. RICHARDS, CLERK
  /s/ Christa N. Baker
 (By) Christa N. Baker, Deputy Clerk